536 BROAD STREET CORPORATION, respondent,

*v.*

VALCO MORTGAGE COMPANY, INC., et al., appellants.

[Decided May 15th, 1945.]

*Mr. Benjamin M. Weinberg,* for the respondent.

*Mr. John Warren,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *135 N. J. Eq. 581.*

COLIE, J. (Concurring.)

The opinion below holds "that prejudice growing out of. business, political or social relations is not sufficient to disqualify a judge." Citing *In re Hague, 103 N. J. Eq. 505; 33 C. J., tit. "Judges,"* ¶ *154.* This statement should be read in light of the entire quotation. from *Corp. Jur.* which says that: "While if the fact be that the judge is biased or prejudiced against the litigant because of politics, it would seem to disqualify him as certainly and completely as if he were prejudiced or biased against him for any other reason, ordinarily a prejudice based merely (on) or growing out of his business, political or social relations is not sufficient to disqualify him."

The true rule is that for any relationship to disqualify a judicial officer it must bring him within the interdiction of *R. S. 2:26-193* or render him incapable in a given cause of exercising his judicial functions impartially. In the instant case there was no evidence which would disqualify the court below.

Mr. Justice Case, Judges Wells and Dill desire to be recorded as concurring herewith.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, WELLS, RAFFERTY, DILL, JJ. 11.

*For reversal*—None.